

## OFFICE OF THE ATTORNEY GENERAL OF TEXAS
### AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Honorable Homer Garrison, Jr., Director
Department of Public Safety
Camp Mabry
Austin, Texas

Dear Sir:                    Opinion No. O-6987

     Re: What type of driver's license
     should be required for the
     operator of the following motor
     vehicles: a city-owned fire
     truck driven by a city employee;
     a privately-owned ambulance or
     hearse driven by an employee
     when only a part of his
     assigned duties is driving
     such vehicle?

   Your request for our opinion on the above questions
reads as follows:

   "We would appreciate receiving an opinion
from your department as to what type of driver's
license should be required for the operator of
each of the following motor vehicles:

   "1. A city-owned fire truck driven by a
city employee.

   "2. A privately-owned ambulance or hearse
driven by an employee when only a part of his
assigned duties is driving such automobile."

   Article 6687b, Vernon's Annotated Civil Statutes,
provides in part as follows:

   "Section 1. Definition of words and phrases.
   "The following words and phrases when used
in this Act shall, for the purpose of this Act,
have the meanings respectively ascribed to them
in this title.

O COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Hon. Homer Garrison, page 2

"* * *

"(l) 'Driver.' Every person who drives or is in actual physical control of a vehicle.

"(m) 'Operator.' Every person, other than a chauffeur or commercial operator, who is in actual physical control of a motor vehicle upon a highway.

"(n) 'Commercial Operator.' Every person who is the driver of a motor vehicle designed or used for the transportation of property, including all vehicles used for delivery purposes, while said vehicle is being used for commercial or delivery purposes.

"(o) 'Chauffeur' Every person who is the driver for wages, compensation, or hire, or for fare, of a motor vehicle transporting passengers.

"* * *

"(q) 'Highway.' The entire width between property lines of any road, street, way, thoroughfare, or bridge in this State not privately owned or controlled, when any part thereof is open to the public for vehicular traffic and over which the State has legislative jurisdiction under its police power.

"Sec. 2. Drivers must have license.

"(a) No person, except those hereinafter expressly exempted, shall drive any motor vehicle upon a highway in this State unless such person has a valid license as an operator, a commercial operator, or a chauffeur under the provisions of this Act.

"(b) Any person holding a valid chauffeur's or commercial operator's license hereunder need not procure an operator's license.

"* * *

"Sec. 3. What persons are exempt from license.

"The following persons are exempt from license hereunder:

"* * *

Hon. Homer Garrison, Jr., page 3

"* * *provided, however, it shall not be neces-
sary for an employee of any incorporated city, town,
or village of this State, or county of this State,
when holding an operator's permit, to obtain a
chauffeur's license in order to operate an official
motor vehicle in the service of such incorporated
city, town, village, or county;"

It is our opinion that the above quoted provisions of
said statute require the driver of a city-owned fire truck
to have an operator's license, unless he already has a valid
chauffeur's or commercial operator's license. If said driver
has either a valid chauffeur's or commercial operator's li-
cense, he is not required to also have an operator's license.

As to your question No. 2, we are of the opinion that
the quoted provisions of said statute require the driver of
a privately-owned ambulance or hearse to have a chauffeur's
license. The fact that such driver performed other duties
and that the driving of said ambulance or hearse was only a
part of his duties would not make any difference, as he is
required to have a license when he is in actual physical
control of a motor vehicle upon a highway for any period of
time.

Your attention is directed to Subdivision 6 of Section 3
of said statute, however, as to certain persons who are exempt
from all requirements relative to securing a driver's license,
said Subdivision 6 reading as follows:

"Any person in the Armed Forces of the United
States who is on leave or furlough or who may be
temporarily absent from his or her post of duty,
or who has been honorably discharged from the
Armed Forces of the United States of America for
not more than six (6) months; provided, however,
that this exemption shall extend only until the
cessation of hostilities in the present war and
for one year thereafter."

Yours very truly,

ATTORNEY GENERAL OF TEXAS

BY _Jas. W. Bassett_
Jas. W. Bassett
Assistant

JWB:LJ

APPROVED
OPINION
COMMITTEE
BY _____
CHAIRMAN